IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |  |
|---|---|---|
| RICHARD A. COTTERMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 10-mc-22-JNE-FLN |
| | ) | |
| UNITED STATES INTERNAL | ) | |
| REVENUE SERVICE; and | ) | |
| MARGARET PEREZ, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Before the Court is the United States' Motion to Dismiss (docket no. 3). Because the Petitioner lacks standing to bring a Petition to Quash an Internal Revenue Service summons issued to him personally under 26 U.S.C. § 7602, and for the reasons stated in the Motion,

**IT IS HEREBY ORDERED** that the United States' Motion to Dismiss (docket no.3) is **GRANTED**.

**ORDERED** this 21st day of July, 2010.

s/ Joan N. Ericksen
JOAN N. ERICKSEN
UNITED STATES DISTRICT JUDGE